UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **EDCV 15-01446-JAK (KKx)**                              Date: **December 1, 2015**

Title:  **Hoang Minh Le v. Magic Mountain, LLC, et al.**

**DOCKET ENTRY**

PRESENT:

**HON. <u>KENLY KIYA KATO</u>, UNITED STATES MAGISTRATE JUDGE**

<u>Deb Taylor</u>                                              <u>   n/a   </u>
Deputy Clerk                                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:
   None present                                                  None present

**PROCEEDINGS:  (IN CHAMBERS)**

The parties' proposed Stipulation for Protective Order has been referred by the District Judge to the Magistrate Judge for consideration.  The parties are advised that the Court declines to issue the proposed protective order to which they have stipulated for the following reasons:

1. While the Court is willing to enter a protective order in accordance with the parties' stipulation in order to facilitate the conduct of discovery, the Court is unwilling to include in the protective order any provisions relating to evidence presented at trial or other court hearings or proceedings.  **Any use of Protected Material at trial or other court hearings or proceedings shall be governed by the orders of the trial judge**.  The stipulation should, thus, include language to make this explicit.

2. The parties shall include a statement of good cause, as required by Fed. R. Civ. P. 26(c).  Such showing should be made separate from the parties' stipulation regarding the terms of the proposed protective order.

3. Proposed ¶¶ 8 and 13 need to be revised to make clear that any motion challenging a party's designation of material as

MINUTES FORM 11                                              Initials of Deputy Clerk_dts_____
CIVIL-GEN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.: EDCV 15-01446-JAK (KKx)            December 1, 2015
    **Hoang Minh Le v. Magic Mountain, LLC, et al.**            Page 2

---

          Confidential Information or seeking to modify or amend the proposed Protective Order must be brought in strict compliance with Local Rules 37-1 and 37-2 (including the Joint Stipulation requirement).

4.     Proposed ¶¶ 3, 7 and 8 need to be revised to make clear a Party that seeks to file under seal any Protected Material must comply with Civil Local Rule 79-5. Protected Material may only be filed under seal pursuant to a court order authorizing the sealing of the specific Protected Material at issue. If a Party's request to file Protected Material under seal is denied by the court, then the Receiving Party may file the information in the public record unless otherwise instructed by the court.

5.     The Protective Order shall unequivocally state that nothing in the protective order shall be construed as authorizing a party to disobey a lawful subpoena or court order issued in another action.

6.     Pursuant to Local Rule 5-4.4, a proposed Order must accompany the stipulation and be lodged and submitted to the Court.

    The parties are further directed to the Court's sample stipulated protective order located on the Court's website for a sample of the format of an approved stipulated protective order. The parties are strongly encouraged to use the language contained in the approved stipulated protective order.

cc:     Judge John A. Kronstadt

MINUTES FORM 11            Initials of Deputy Clerk_dts_____
CIVIL-GEN